FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 16, 2015

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/12/2015 12:00:00 AM
Accepted 1/16/2015 2:41:45 PM
ABEL ACOSTA
CLERK

No. PD-1292-14

Court of Appeals No. 03-12-00582-CR

| | | |
|---|---|---|
| CANDELARIO CERDA, JR | § | IN THE TEXAS COURT OF |
| | § | |
| | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AT AUSTIN, TEXAS |

## PETITIONER'S 3rd MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now Candelario Cerda, Jr.. the Petitioner in this cause and he begs the Court to grant this extension of time to file PDR.

The deadline for filing Appellant's petition for discretionary review with the Court was 27 December 2014. Appellant's request for an extension is based upon the inability of his undersigned attorney to complete the project due to illness and conduct the research on the issues raised by the trial of the case in a timely fashion. Said attorney would further show that he has now completed Appellant's petition, and that it is being submitted contemporaneously with this motion. This is Appellant's Third request for an extension of time.

### I.

Petitioner has been convicted of the felony offense of Sexual Assault of Minor, 2 counts. Petitioner was assessed a sentence of 10 years imprisonment on each count which the Court then ordered be served consecutively.

The Third District Court of Appeals issued an unpublished decision in this case on August 22, 2014 in Candelario Cerda, Jr. v. State of Texas, 03-12-00582-CR Tex.App.Austin (August 22, 2014). Petitioner did not file a Motion for Panel Rehearing at the 3rd Court of Appeals.

### II.

The undersigned counsel is continuing his *pro bono* representation from direct appeal, but was not able to complete the Petition for Discretionary Review until today.

(A) Counsel suffered a relapse of the Flu around 19 December 2014 and fever broke on 29 December 2014.

(B) Petitioner was preparing for Jury Trial in State v. Gene Vela in Travis County 13-206561 and 13-302329. This is a complicated Officer Involved Shooting case where more than 28 GB of data is received in discovery. Trial is expected to last at last 10 days.

(C) Counsel is still battling his lower back pain that arose on 15 September 2014. Counsel suffers from 80% VA-rated disability for lower back injury sustained from active duty Army service. Counsel got MRI for hip and back on 07 January 2015.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Court grant this Motion to file a Brief / PDR in this case.

Respectfully submitted,

Edmund M. Davis
SBN 24028272
PO Box 201123
Austin, TX 78720
(512) 698-2215
email: attorney.skip.davis@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 09 January, 2015, a copy of the above and foregoing motion was served upon the Caldwell County District Attorney's Office, 201 E. San Antonio Street, Lockhart, TX 78644 by USPS or by email to opposing counsel and by United States Mail to the Prosecution Attorney at the following address:
PO Box 869, Lockhart, Texas 78644

Edmund M. Davis